UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KIMBERLY HARTMAN,

      Plaintiff,                                    Case No. 13-cv-14774

v                                                Honorable Thomas L. Ludington

THE DOW CHEMICAL COMPANY,

      Defendant.

_____/

## ORDER STRIKING PLAINTIFF'S EXHIBIT LIST

On March 31, 2015, Plaintiff Kimberly Hartman filed her exhibit list on the docket. The Case Management and Scheduling Order provides that "prior to trial [a party] shall *submit* an exhibit list using the attached exhibit form." ECF No. 10 at 6 (emphasis added). Exhibit lists are to be furnished through the Utilities function of CM/ECF. Because Hartman has not complied with the Case Management and Scheduling Order, her exhibit list will be stricken.

Accordingly, it is **ORDERED** that Hartman's Exhibit List (ECF No. 47) is **STRICKEN**.

                                                    s/Thomas L. Ludington
                                                    THOMAS L. LUDINGTON
                                                    United States District Judge

Dated: April 1, 2015

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 1, 2015.

                              s/Suzanne M. Gammon
                              SUZANNE M. GAMMON