UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KIMBERLY HARTMAN,

    Plaintiff,                       Case No. 13-cv-14774

v                                      Honorable Thomas L. Ludington

THE DOW CHEMICAL COMPANY,

    Defendant.
_____/

## **JUDGMENT**

Pursuant to the order issued by the Sixth Circuit on August 16, 2016 and the mandate issued on September 27, 2016;

**IT IS ORDERED AND ADJUDGED** that Judgment is hereby entered for Defendant and against Plaintiff.

                                                       s/Thomas L. Ludington
                                                       THOMAS L. LUDINGTON
                                                       United States District Judge

Dated: October 7, 2016

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 7, 2016.

                                s/Kelly Winslow for
                                MICHAEL A. SIAN, Case Manager